```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/15/2022
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

TEE TURTLE, LLC,

                    Plaintiff,

    - against -

THE INDIVIDUALS, CORPORATIONS, LIMITED
LIABILITY COMPANIES, PARTNERSHIPS, AND
UNINCORPORATED ASSOCIATIONS IDENTIFIED
ON SCHEDULE A TO THE COMPLAINT,

                    Defendants.

**22 Civ. 8888 (VM)**

<u>**ORDER**</u>

**VICTOR MARRERO, United States District Judge.**

    The show cause hearing scheduled for Thursday, November 17, 2022 at 11:00 a.m. will proceed via teleconference. The parties are directed to use the dial-in number 888-363-4749, with access code 8392198.

    Further, in the event that Defendants fail to answer, Plaintiff is directed to prepare a proposed order granting relief for the Court's consideration.

**SO ORDERED.**

Dated:    New York, New York
            15 November 2022

                                                  Victor Marrero
                                                    U.S.D.J.