USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/17/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TEE TURTLE, LLC,

    Plaintiff,

v.

THE INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A TO THE COMPLAINT,

    Defendants.

Case No.: 22-cv-08888-VM

## PRELIMINARY INJUNCTION ORDER

**THIS MATTER** comes before the Court on the application of Tee Turtle, LLC ("Plaintiff"), brought by way of Order to Show Cause, for entry of a Preliminary Injunction (the "Application") against the Defendants identified on Schedule A to the Preliminary Injunction Order attached hereto (collectively, the "PI Defendants") and using at least the domain names or online marketplace accounts identified on the Schedule A (collectively, the "PI Defendant User Accounts"); and

**THE COURT** having reviewed the papers in support of the Application; and the Court having found that Plaintiff meets the criteria for entry of preliminary injunctive relief; and

This Court further finds that it has personal jurisdiction over the PI Defendants because the PI Defendants directly target their business activities toward consumers in the United States,

1

including New York, offering to sell and ship products into this Judicial District. Specifically, PI Defendants are reaching out to do business with New York residents by operating one or more commercial, interactive Internet Stores through which New York residents can purchase counterfeit versions of Plaintiff's TEE TURTLE Products ("Counterfeit Products") incorporating at least one of Plaintiff's copyrights, which are covered by at least the U.S. Copyright Office Registration Nos. identified on Schedule B to the Complaint, including without limitation U.S. Copyright Office Registration Nos. VA 2-103-871, VA 2-235-407, and VAu 1-425-567 (the "TEE TURTLE Copyrights") and/or bearing, using, or infringing upon Plaintiff's trademark covered by U.S. Trademark Registration No. 4,587,024 (the "TEE TURTLE Trademark").

**THIS COURT** having determined that the evidence submitted in support of the Application establishes Plaintiff has a likelihood of success on the merits; that no remedy at law exists; and that Plaintiff will suffer irreparable harm, if the injunction is not granted including for example:

1. Through the Declarations of Nathan Monroe-Yavneh and Lisa Adams and accompanying evidence, Plaintiff has proven a prima facie case of copyright infringement because PI Defendants have copied Plaintiff's TEE TURTLE Copyrights without Plaintiff's consent. Further, Plaintiff has proven a prima facie case of trademark infringement because (1) the TEE TURTLE Trademark is registered with the U.S. Patent and Trademark Office and Plaintiff holds all right, title, and interest in and to the TEE TURTLE Trademark; (2) Plaintiff develops, markets, and sells products using the TEE TURTLE Trademark; (3) PI Defendants make, use, offer for sale, sell, and/or import into the United States for subsequent sale or use products using the mark covered by the TEE TURTLE

Trademark; (4) an ordinary observer would be deceived into thinking that the Counterfeit Products are the same as Plaintiff's TEE TURTLE Products, or would be confused by PI Defendants' use of the TEE TURTLE Trademark; and (5) PI Defendants are not licensed or authorized to use the TEE TURTLE Trademark and none of the PI Defendants is an authorized retailer of genuine TEE TURTLE Products.

2. PI Defendants' continued and unauthorized use of the TEE TURTLE Copyrights and/or TEE TURTLE Trademark irreparably harms Plaintiff through diminished goodwill and brand confidence, damage to Plaintiff's reputation, loss of exclusivity, and loss of future sales.

3. Monetary damages fail to address such damage and, therefore, Plaintiff has an inadequate remedy at law; and

4. The Public interest is served by entry of this Preliminary Injunction to dispel the public confusion created by PI Defendants' actions; and

**THIS COURT** having determined, therefore, that injunctive relief initially granted in the Temporary Restraining Order ("TRO") on October 20, 2022 [Dkt. No. 19] and later extended on November 2, 2022 [Dkt. No. 21] should remain in place through the pendency of this litigation and issuing this Preliminary Injunction is warranted under Federal Rule of Civil Procedure 65;

**NOW THEREFORE**, on this \_\_\_\_17th\_\_\_\_ day of November, 2022, this Court ORDERS that:

1.  PI Defendants, their affiliates, officers, agents, servants, employees, attorneys, confederates, and all persons acting for, with, by, through, under or in active concert with them be temporarily enjoined and restrained from:

    a.  Using the TEE TURTLE Copyrights and/or TEE TURTLE Trademark or any reproductions, counterfeit copies, or colorable imitations thereof in any manner in connection with the distribution, marketing, advertising, offering for sale, or sale of any Counterfeit Products;

    b.  Passing off, inducing, or enabling others to sell or pass off any product as a genuine TEE TURTLE Product that is not, in fact, Plaintiff's TEE TURTLE Product and/or not produced under the authorization, control, or supervision of Plaintiff and approved by Plaintiff for sale using the TEE TURTLE Copyrights and/or TEE TURTLE Trademark;

    c.  Committing any acts calculated to cause consumers to believe that Defendants' Counterfeit Products are those sold under the authorization, control, or supervision of Plaintiff, or are sponsored by, approved by, or otherwise connected with Plaintiff;

    d.  Further infringing the TEE TURTLE Copyrights and/or TEE TURTLE Trademark and damaging Plaintiff's goodwill;

    e.  Shipping, delivering, holding for sale, transferring, or otherwise moving, storing, distributing, returning, or otherwise disposing of, in any manner, products or inventory not manufactured by or for Plaintiff, nor authorized by Plaintiff to be sold or offered for sale, and which

      bear(s) any TEE TURTLE Trademark or any reproductions, counterfeit copies, or colorable imitations thereof;

   f. Using, linking to, transferring, selling, exercising control over, or otherwise owning the User Accounts, the Defendant Internet Stores, or any other domain name or online market place account that is being used to sell or is the means by which Defendants could continue to sell versions of Plaintiff's TEE TURTLE Products; and

   g. Operating and/or hosting websites and/or any other web presence registered or operated by Defendants that are involved with the distribution, marketing, advertising, offering for sale, or sale of any product using the TEE TURTLE Copyrights and/or TEE TURTLE Trademark.

  2. Each PI Defendant, within fourteen (14) days after receiving notice of this Order, shall serve upon Plaintiff a written report under oath providing: (a) their true name and physical address, (b) all websites and online marketplace accounts on any platform that they own and/or operate (c) their financial accounts, including by way of example, all AliPay, AllPay/GoAllPay, Amazon, Bank of China, Coinbase, DHgate, eBay, HyperWallet, JD.com, Joom, Lakala, LianLian, OFX, Paxful, PayEco, Payoneer, PayPal, PingPong, SellersFunding, Shopify, Stripe, Union Mobile/UmPay/UmPay2, Walmart, Wise/TransferWise, Wish, and World First accounts, and (d) the steps taken by each Defendant to comply with paragraph 1, a through g, above

  3. Within five (5) days of receipt of this Order, Alibaba, AliExpress, Amazon, eBay, etsy, Joom, Redbubble, and any other online marketplace platform or service provider hosting or servicing a PI Defendant User Account are directed to disable and cease providing services for

any PI Defendant User Accounts through which PI Defendants engage in the sale of counterfeit and infringing goods using the TEE TURTLE Copyrights and/or TEE TURTLE Trademark, including any accounts associated with the PI Defendants.

4. PI Defendants and any third party with actual notice of this Order who is providing services for any of the PI Defendants, or in connection with any PI Defendant User Account, including, without limitation, any online marketplace platforms such as Alibaba, AliExpress, Amazon, eBay, etsy, Joom, Redbubble, Facebook, Internet Service Providers ("ISP"), web hosts, back-end service providers, web designers, sponsored search engine or ad-word providers, banks, merchant account providers, including AliPay, AllPay/GoAllPay, Amazon, Bank of China, Coinbase, DHgate, eBay, HyperWallet, JD.com, Joom, Lakala, LianLian, OFX, Paxful, PayEco, Payoneer, PayPal, PingPong, SellersFunding, Shopify, Stripe, Union Mobile/UmPay/UmPay2, Walmart, Wise/TransferWise, Wish, and World First, third party processors and other payment processing service providers, shippers, and domain name registrars (collectively, the "Third Party Providers") shall, within five (5) business days after receipt of such notice, provide to Plaintiff expedited discovery, including copies of all documents and records in such person's or entity's possession or control relating to:

    a. The identities and locations of PI Defendants, their agents, servants, employees, confederates, attorneys, and any persons acting in concert or participation with them, including all known contact information;

    b. The nature of PI Defendants' operations and all associated sales and financial information, including, without limitation, identifying information associated with the PI Defendant User Accounts, and PI Defendants' financial accounts,

        as well as providing a full accounting of PI Defendants' sales and listing history related to their respective PI Defendant User Accounts;

    c. PI Defendant User Accounts or any domain name registered by PI Defendants;

    d. Any financial accounts owned or controlled by PI Defendants, including their agents, servants, employees, confederates, attorneys, and any persons acting in concert or participation with them, including such accounts residing with or under the control of any banks, savings and loan associations, payment processors or other financial institutions, including, without limitation, AliPay, AllPay/GoAllPay, Amazon, Bank of China, Coinbase, DHgate, eBay, HyperWallet, JD.com, Joom, Lakala, LianLian, OFX, Paxful, PayEco, Payoneer, PayPal, PingPong, SellersFunding, Shopify, Stripe, Union Mobile/UmPay/UmPay2, Walmart, Wise/TransferWise, Wish, World First, or other merchant account providers, payment providers, third party processors, and credit card associations (e.g., MasterCard and VISA).

5. PI Defendants and any persons in active concert or participation with them who have actual notice of this Order shall be temporarily restrained and enjoined from transferring or disposing of any money or other of PI Defendants' assets until further ordered by this Court.

6. Western Union shall, within five (5) business days of receipt of this Order, block any Western Union money transfers and funds from being received by the PI Defendants identified in Schedule A to the Preliminary Injunction Order until further ordered by this Court.

7. Alibaba, AliExpress, Amazon, eBay, etsy, Joom, Redbubble, and any other online marketplace platform or service provider hosting or servicing a PI Defendant User Account shall,

within five (5) business days of receipt of this Order, for any Defendant or any of PI Defendants' Online Marketplace Accounts or websites:

    a. Locate all accounts and funds connected to and related to PI Defendants, Defendants' Online Marketplace Accounts or PI Defendants' websites, including, but not limited to, any AliPay, AllPay/GoAllPay, Amazon, Bank of China, Coinbase, DHgate, eBay, HyperWallet, JD.com, Joom, Lakala, LianLian, OFX, Paxful, PayEco, Payoneer, PayPal, PingPong, SellersFunding, Shopify, Stripe, Union Mobile/UmPay/UmPay2, Walmart, Wise/TransferWise, Wish, and World First accounts connected to and related to the information listed in Schedule A to the Complaint; and

    b. Restrain and enjoin any such accounts or funds from transferring or disposing of any money or other of PI Defendants' assets until further ordered by this Court.

8. Any banks, savings and loan associations, payment processors, or other financial institutions, for any PI Defendant or any PI Defendant User Account, shall within five (5) business days of receipt of this Order:

    a. Locate all accounts and funds connected to PI Defendants, PI Defendants' Online Marketplace Accounts or PI Defendants' websites, including, but not limited to, any accounts connected to the information listed in the Schedule A to the Complaint; and

    b. Restrain and enjoin such accounts from receiving, transferring or disposing of any money or other of PI Defendants' assets until further ordered by this Court.

9. Plaintiff may provide notice of these proceedings to PI Defendants by electronically publishing a link to the Complaint, this Order and other relevant documents on a website or by sending an e-mail to all e-mail addresses identified by Plaintiff and any e-mail addresses provided for PI Defendants by third parties that includes a link to said website. The combination of providing notice via electronic publication or e-mail, along with any notice that PI Defendants receive from domain name registrars and payment processors, shall constitute notice reasonably calculated under all circumstances to apprise PI Defendants of the pendency of the action and afford them the opportunity to present their objections.

10. Plaintiff's Schedule A to the Complaint and Exhibit 2 to the Declaration of Lisa Adams shall become unsealed.

11. Any PI Defendants that are subject to this Order may appear and move to dissolve or modify the Order on two days' notice to Plaintiff or on shorter notice as set by this Court.

12. The five thousand dollars ($5,000.00) bond posted by Plaintiff shall remain with the Court until a final disposition of this case or until this Preliminary Injunction is terminated.

Dated: November 17, 2022

Victor Marrero
U.S.D.J.

**SCHEDULE A TO PRELIMINARY INJUNCTION ORDER**

| Doe No. | Defendant Seller | Defendant Online Marketplace |
| --- | --- | --- |
| 1. | Beijing Hengbin Trading Co., Ltd. | https://hengbintrade.en.alibaba.com/productlist.html?spm=a2700.shop_feeds.88.5 |
| 2. | Changsha Runfeng E-Commerce Co., Ltd. | https://ruunsports.en.alibaba.com/company_profile.html?spm=a2700.wholesale.0.0.4f6d775ftIQLdT |
| 3. | Ningbo Creative Import & Export Co., Ltd. | https://creativeness.en.alibaba.com/minisiteentrance.html?spm=a2700.wholesale.cordpanyb.2.6ebc1f7bTchn3D&from=detail&productId=1600212168943 |
| 4. | Shenzhen Hemu'an Technology Co., Ltd. | https://hemuan.en.alibaba.com/productlist.html?spm=a2700.shop_feeds.88.15 |
| 5. | Yangzhou Step Toys And Gifts Co., Ltd. | https://stephome.en.alibaba.com/feeds.html?spm=a2700.shop_pl.88.42 |
| 6. | Yangzhou Tong Caiyan International Trade | https://yztcy.en.alibaba.com/company_profile.html?spm=a2700.wholesale.0.0.2043189c4qbuYM |
| 7. | Yantai Renewed Summer Trading Co., Ltd | https://ytchongqixiatian.en.alibaba.com/productlist.html?spm=a2700.shop_cp.88.14 |
| 8. | Yiwu Bobo Toys Co., Ltd. | https://yiwubobotoys.en.alibaba.com/feeds.html?spm=a2700.shop_cp.88.34 |
| 9. | Yiwu Linxi Import & Export Co., Ltd. | https://linxi888.en.alibaba.com/company_profile.html?spm=a2700.shop_co.88.44 |
| 10. | Yiwu Transen Import & Export Co., Ltd. | https://transenchina.en.alibaba.com/feeds.html?spm=a2700.shop_cp.88.42 |
| 11. | 24H Comfortable Life Store | https://www.aliexpress.com/store/1101967506 |
| 12. | A gift Store | https://www.aliexpress.com/store/1101408986 |
| 13. | A ITOY Store | https://www.aliexpress.com/store/1101908428?spm=a2g0o.detail.100005.1.73af5a6eriSc4k |
| 14. | Conch girl toy store Store | https://es.aliexpress.com/store/1101761113?spm=a2g0o.detail.100005.1.1785421cnC2Azf |
| 15. | FACFIRM Nursery Store | https://www.aliexpress.com/store/1101956140 |
| 16. | FLFLTOY Quality Toy Official Store | https://flfltoyofficial.aliexpress.com/store/1101800545?spm=a2g0o.detail.100005.1.3ce67e6a3asPkx |
| 17. | Good Official Store | https://es.aliexpress.com/store/1102142128?spm=a2g0o.detail.100005.1.5bb415fafz6pOx |

| Doe No. | Defendant Seller | Defendant Online Marketplace |
| --- | --- | --- |
| 18. | Kawaii anime plush toy Store | https://www.aliexpress.com/store/1101937889 |
| 19. | KK toyofficial Store | https://www.aliexpress.com/store/1101706230 |
| 20. | Microsoft Official Store | https://www.aliexpress.com/store/1102143107?spm=a2g0o.detail.100005.1.23a2583cY0LVzX |
| 21. | Minivo Store | https://www.aliexpress.com/store/1101589818?spm=a2g0o.detail.100005.1.55327d87vlE0rY |
| 22. | MIT Official Store Store | https://es.aliexpress.com/store/1102107774 |
| 23. | Octopus Official Store | tps://www.aliexpress.com/store/feedback-score/1101756989.html?spm=a2g0o.store_pc_home.pcShopHead_6000865086311.4 |
| 24. | Shop1100127070 Store | https://www.aliexpress.com/store/1101992463?spm=a2g0o.detail.100005.1.283e14e1tiqXdt |
| 25. | Shop1100369347 Store | https://ar.aliexpress.com/store/1102051208 |
| 26. | Sute Vending Machine Store | https://www.aliexpress.com/store/1102035337?spm=a2g0o.detail.100005.1.7cca2092xmKdRj |
| 27. | AMZccom | https://www.amazon.com/sp?seller=A1MI2SIZGWSH5F |
| 28. | Bornfresh products | https://www.amazon.com/sp?seller=A3IQYR5MHF8KPL |
| 29. | Ichear | https://www.amazon.com/sp?seller=A3B7NIYFXNA1LE |
| 30. | jixinggehd | https://www.amazon.com/sp?seller=A1S95SDPK09RFZ |
| 31. | Mae west | https://www.amazon.com/sp?seller=A1JPQWHR19HRS1 |
| 32. | 1982emmmy | https://www.ebay.com/usr/1982emmmy |
| 33. | 1-best-deal-ltd | https://www.ebay.com/usr/1-best-deal-ltd |
| 34. | 24hrs_prime | https://www.ebay.com/usr/24hrs_prime |
| 35. | all_things_retro_uk | https://www.ebay.com/usr/all_things_retro_uk |
| 36. | an-844627 | https://www.ebay.com/usr/an-844627 |
| 37. | anime.otaku | https://www.ebay.com/usr/anime.otaku |
| 38. | backflipbacktuckwow | https://www.ebay.com/usr/backflipbacktuckwow |

| Doe No. | Defendant Seller | Defendant Online Marketplace |
|---|---|---|
| 39. | bratka1978 | https://www.ebay.com/usr/bratka1978 |
| 40. | butterflyboutiquec | https://www.ebay.com/usr/butterflyboutiquec |
| 41. | cafelatte101 | https://www.ebay.com/usr/cafelatte101 |
| 42. | classicimageco | https://www.ebay.com/usr/classicimageco |
| 43. | devjaya-25 | https://www.ebay.com/usr/devjaya-25 |
| 44. | dkdglobal | https://www.ebay.com/usr/dkdglobal |
| 45. | gec39 | https://www.ebay.com/usr/gec39 |
| 46. | giftandgadget | https://www.ebay.com/usr/giftandgadget |
| 47. | giftgrabuk | https://www.ebay.com/usr/giftgrabuk |
| 48. | goldengoddess11 | https://www.ebay.com/usr/goldengoddess11 |
| 49. | grla_3338 | https://www.ebay.com/usr/grla_3338 |
| 50. | halle_p_toys | https://www.ebay.com/usr/halle_p_toys |
| 51. | hkerg42 | https://www.ebay.com/usr/hkerg42 |
| 52. | ifyclothing | https://www.ebay.com/usr/ifyclothing |
| 53. | ivan7tr | https://www.ebay.com/usr/ivan7tr |
| 54. | jamewrigh-131 | https://www.ebay.com/usr/jamewrigh-131 |
| 55. | jennycliff_wotnots | https://www.ebay.com/usr/jennycliff_wotnots |
| 56. | leemoorhouse1982 | https://www.ebay.com/usr/leemoorhouse1982 |
| 57. | mr_ali1 | https://www.ebay.com/usr/mr_ali1 |
| 58. | ninetyone-online-superstore | https://www.ebay.com/usr/ninetyone-online-superstore |
| 59. | nitroustdi | https://www.ebay.com/usr/nitroustdi |
| 60. | occo-x | https://www.ebay.com/usr/occo-x |
| 61. | omotenashi-uk | https://www.ebay.com/usr/omotenashi-uk |
| 62. | peace-lilly | https://www.ebay.com/usr/peace-lilly |
| 63. | prestige-goodsuk | https://www.ebay.com/usr/prestige-goodsuk |
| 64. | redraylimited | https://www.ebay.com/usr/redraylimited |
| 65. | rrsaleslimited | https://www.ebay.com/usr/rrsaleslimited |

| Doe No. | Defendant Seller | Defendant Online Marketplace |
| --- | --- | --- |
| 66. | sakura.store.japan.3 | https://www.ebay.com/usr/sakura.store.japan.3 |
| 67. | sam.maxwell | https://www.ebay.com/usr/sam.maxwell |
| 68. | sovina | https://www.ebay.com/usr/sovina |
| 69. | steelcityonline | https://www.ebay.com/usr/steelcityonline |
| 70. | sweetlittleloulou | https://www.ebay.com/usr/sweetlittleloulou |
| 71. | takaiw-91 | https://www.ebay.com/usr/takaiw-91 |
| 72. | thomuk-diurb4bk | https://www.ebay.com/usr/thomuk-diurb4bk |
| 73. | tiedupx | https://www.ebay.com/usr/tiedupx |
| 74. | tildazmunkeejack | https://www.ebay.com/usr/tildazmunkeejack |
| 75. | toyjouet | https://www.ebay.com/usr/toyjouet |
| 76. | tristan.kueck | https://www.ebay.com/usr/tristan.kueck |
| 77. | truelions | https://www.ebay.com/usr/truelions |
| 78. | uk-hoverboards | https://www.ebay.com/usr/uk-hoverboards |
| 79. | zigzagfairr | https://www.ebay.com/usr/zigzagfairr |
| 80. | alpheccasartt | https://www.etsy.com/shop/alpheccasartt?ref=profile_header |
| 81. | COUUShoww | https://www.etsy.com/shop/COUUShoww?ref=simple-shop-header-name&listing_id=1257371488 |
| 82. | FiziFiziShop | https://www.etsy.com/shop/FiziFiziShop?ref=simple-shop-header-name&listing_id=1251878871 |
| 83. | Joytaminn | https://www.etsy.com/shop/Joytaminn |
| 84. | KailaDesignShop | https://www.etsy.com/shop/KailaDesignShop |
| 85. | PlushGiftWorld | https://www.etsy.com/shop/PlushGiftWorld |
| | | |
| 87. | goldbizarre.com | http://goldbizarre.com |
| 88. | Beautiful Meet | https://www.joom.com/en/stores/61961f9a4341126110d4974d8 |
| 89. | Lishimin | https://www.joom.com/en/stores/625cc0805f36083268b9f0b5 |

| Doe No. | Defendant Seller | Defendant Online Marketplace |
|---|---|---|
| 90. | Pearl-Jewelry | https://www.joom.com/en/stores/5f93fb3f9095150306eeaecd |
| 91. | RCMY Toys | https://www.joom.com/en/stores/624d8060974d33577446be61 |
| 92. | shoothe breeze | https://www.joom.com/en/stores/5d8c695c1436d403012e219f |
| 93. | Turkish Outlet | https://www.joom.com/en/stores/6280dec363ca68f9014a0805 |
| ■ | ■ | ■ |
| 97. | orchidspace.com | http://orchidspace.com |
| 98. | pluffbox.com | http://pluffbox.com |
| 99. | Designer QA | https://www.redbubble.com/people/DesignerQA/shop |
| 100. | growingneem | https://www.redbubble.com/people/growingneem/shop |
| 101. | MadeByBeata | https://www.redbubble.com/people/MadeByBeata/shop |
| 102. | magg33 | https://www.redbubble.com/people/magg33/shop |
| 103. | MenelickK | https://www.redbubble.com/people/MenelickK/shop |
| 104. | sticker1glor | https://www.redbubble.com/people/sticker1glor/shop |
| ■ | ■ | ■ |
| 108. | storeigoz.com | http://storeigoz.com |
| 109. | anniant_0 | https://www.ebay.com/usr/anniant_0 |
| 110. | charmingman217 | https://www.ebay.com/usr/charmingman217 |
| 111. | spectrum-toys | https://www.ebay.com/usr/spectrum-toys |
| 112. | ageuk | https://www.ebay.com/usr/ageuk |

| Doe No. | Defendant Seller | Defendant Online Marketplace |
|---|---|---|
| 113. | superstarmedia1 | https://www.ebay.com/usr/superstarmedia1 |
| 114. | kuang_3211 | https://www.ebay.com/usr/kuang_3211 |
| 115. | beckybanks | https://www.ebay.com/usr/beckybanks |
| 116. | crys_ram4 | https://www.ebay.com/usr/crys_ram4 |
| 117. | skyrio | https://www.ebay.com/usr/skyrio |
| 118. | ummoha_0 | https://www.ebay.com/usr/ummoha_0 |
| 119. | fjb79-5 | https://www.ebay.com/usr/fjb79-5 |
| 120. | jasonjenkins37 | https://www.ebay.com/usr/jasonjenkins37 |
| 121. | JUSTSL shoes | https://www.joom.com/en/stores/61b803a42ff702b29c2f6568 |
| 122. | a-and-m-store-japan | https://www.ebay.com/usr/a-and-m-store-japan |
| 123. | aralek_53 | https://www.ebay.com/usr/aralek_53 |
| 124. | jajjay-79 | https://www.ebay.com/usr/jajjay-79 |
| 125. | slavko_1 | https://www.ebay.com/usr/slavko_1 |